AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Southern District of New York__ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:21-cv-4711 | DATE FILED<br>5/26/2021 | U.S. DISTRICT COURT<br>Southern District of New York |
|---|---|---|
| PLAINTIFF<br><br>JULIUS SÄMANN LTD., and<br>CAR-FRESHNER CORPORATION | | DEFENDANT<br><br>CHEWY, INC. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  719,498 | 8/8/1961 | JULIUS SÄMANN LTD. |
| 2  1,781,016 | 7/13/1993 | JULIUS SÄMANN LTD. |
| 3  1,791,233 | 9/7/1993 | JULIUS SÄMANN LTD. |
| 4  3,766,310 | 3/30/2010 | JULIUS SÄMANN LTD. |
| 5  2,741,364 | 7/29/2003 | JULIUS SÄMANN LTD. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>s/ Ruby J. Krajick | (BY) DEPUTY CLERK<br>s/K.Mango | DATE<br>7/14/2021 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 675,796 | 3/24/1959 | JULIUS SÄMANN LTD. |
| 1,942,464 | 12/19/1994 | JULIUS SÄMANN LTD. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAR-FRESHNER CORPORATION and
JULIUS SÄMANN LTD.,

    Plaintiffs

v.

CHEWY, INC.,

    Defendant

Civil Action No.

21-cv4711-VSB

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1), that this action is dismissed with prejudice, each party to bear its own fees and costs.

Dated: July 14, 2021

| | |
|---|---|
| COWAN, LIEBOWITZ & LATMAN, P.C. | LOEB & LOEB, LLP |
| By: *Jonathan Z. King* | By: *[signature]* |
| Jonathan Z. King (jzk@cll.com) | Frank D'Angelo (fdangelo@loeb.com) |
| Eric J. Shimanoff (ejs@cll.com) | 345 Park Avenue, |
| 114 West 47th Street | New York, New York 10154, New York |
| New York, New York 10036 | 10562 |
| (212) 790-9200 | (914) 941-5668 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

29887/066/3882832